**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TALMADGE RAMSEY                                                                                    PLAINTIFF
ADC #148988

v.                                              5:12-cv-00172-SWW-JJV

ROBERT JONES, Dr., Corizon, Inc.;
and CORIZON, INC.                                                                                 DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 24th day of July, 2012.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE